SEPTEMBER 18, 2002

No. 02–6386 (02A246). IN RE SHAMBURGER. Application for stay of execution of sentence of death, presented to JUSTICE

SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.